(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>Western District of Oklahoma | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**ROSS, MICHAEL STEVEN** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**ROSS, EMILY RACHEL** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**EMILY R OGLE** |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):    xxx-xx-5646 | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):    xxx-xx-6815 |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**ROUTE 2, BOX 119**<br>**HINTON, OK 73047** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**ROUTE 2, BOX 119**<br>**HINTON, OK 73047** |
| County of Residence or of the<br>Principal Place of Business:    **CANADIAN** | County of Residence or of the<br>Principal Place of Business:    **CANADIAN** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

04-18288NLJ

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | **Chapter or Section of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|
| ■ Individual(s)     ☐ Railroad | ☐ Chapter 7    ☐ Chapter 11    ■ Chapter 13 |
| ☐ Corporation     ☐ Stockbroker | ☐ Chapter 9    ☐ Chapter 12 |
| ☐ Partnership     ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding |
| ☐ Other_____     ☐ Clearing Bank | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ■ Consumer/Non-Business    ☐ Business | ■ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply) | ☐ Filing Fee to be paid in installments (Applicable to individuals only.)<br>Must attach signed application for the court's consideration |
| ☐ Debtor is a small business as defined in 11 U.S.C. § 101 | certifying that the debtor is unable to pay fee except in installments. |
| ☐ Debtor is and elects to be considered a small business under<br>11 U.S.C. § 1121(e) (Optional) | Rule 1006(b). See Official Form No. 3. |

### Statistical/Administrative Information (Estimates only)

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

FILED

**Estimated Number of Creditors**

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Debts**

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): | FORM B1, Page 2 |
|---|---|---|
| *(This page must be completed and filed in every case)* | ROSS, MICHAEL STEVEN<br>ROSS, EMILY RACHEL | |

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor **MICHAEL STEVEN ROSS**

X _____
Signature of Joint Debtor **EMILY RACHEL ROSS**

Telephone Number (If not represented by attorney)

_____
Date    *7-26-04*

X _____
Signature of Attorney
Signature of Attorney for Debtor(s)
**DEBORAH L. BROOKS 015684**
Printed Name of Attorney for Debtor(s)
**Deborah Brooks & Associates, P.C.**
Firm Name
**5500 N. Western**
**Ste. 130**
**Oklahoma City, OK 73118**
Address
**405-840-6363  Fax: 405-840-6367**
Telephone Number
_____
Date    *7/30/04*

**Signature of Debtor (Corporation/Partnership)**

I declare under perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____    *7/30/04*
Signature of Attorney for Debtor(s)    Date
**DEBORAH L. BROOKS 015684**

**Exhibit C**

Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

B 201 (11/03)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA
## NOTICE TO CONSUMER DEBTOR OF AVAILABLE CHAPTERS

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.

## Chapter 7:  Liquidation ($155 filing fee plus $39 administrative fee plus $15 trustee surcharge)

1.  Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2.  Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3.  The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4.  Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5.  Under certain circumstances you may keep property that you have purchased subject to valid security interest. Your attorney can explain the options that are available to you.

## Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $39 administrative fee)

1.  Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.  Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3.  Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4.  After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

## Chapter 11:  Reorganization ($800 filing fee plus $39 administrative fee)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a Chapter 11 petition should be reviewed with an attorney.

## Chapter 12:  Family Farmer ($200 filing fee plus $39 administrative fee)

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm.

I, the debtor, affirm that I have read this notice.

| | | | |
|---|---|---|---|
| Debtor's Signature | Joint Debtor's Signature | Date | Case Number |

_Emily R. Ross_     7-26-04

UNITED STATES BANKRUPTCY COURT FOR THE
**WESTERN DISTRICT OF OKLAHOMA**

In re:                                                      Case No.:
**MICHAEL STEVEN ROSS**
**EMILY RACHEL ROSS**
Debtor(s)                                              **Rule 2016(b) - Statement of**
                                                            **Attorney  Compensation Contract  for**
                                                            **Fees**
                                                            Chapter **13**

Statement of Attorney for Petitioner Pursuant to Bankruptcy Rule 2016(b)
**CONTRACT  FOR  FEES**

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that

(1)     The undersigned is the attorney for the debtors in this case.

(2)     The compensation paid or agreed to be paid by the debtors to the undersigned is:

    (a)     for legal services rendered or to be rendered in contemplation of and in
          connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$ 1,500.00**
    (b)     prior to filing this statement, debtor(s) have paid  . . . . . . . . . . . . . . . . **$   300.00**
    (c)     the unpaid balance due and payable is   . . . . . . . . . . . . . . . . . . . . . **$ 1,200.00**
(3)     **$ 194.00** of the filing fee in this case has been paid.

(4)     The services rendered or to be rendered include the following:
    (a)     Analysis of the financial situation, and rendering advice and assistance to the
          debtors in determining whether to file a petition under Title 11, United States
          Code.
    (b)     Preparation and filing of the petition, schedules of assets and liabilities, statement
          of affairs, and other documents required by the court.
    (c)     Representation of the debtors at the first meeting of creditors.

(5)     The source of payments made by the debtors to the undersigned was from earnings,
    wages and compensation for services performed unless otherwise disclosed in Debtor's
    Statement of Financial Affairs.

(6)     The source of payments to be made by the debtors to the undersigned for the unpaid
    balance remaining, if any, will be from earnings, wages and compensation for services
    performed, and

(7)     The undersigned have not shared or agreed to share, with any other person, other than
    with members of their law firm or corporation, any compensation paid or to be paid
    except as follows:

    **None**

CONTRACT FOR FEES
Page 2

(8)    Any service rendered which is not covered by Counsel's fee of **$1,500.00** shall be billed at a rate of $150.00 per hour, for Deborah L. Brooks & Associates; $65.00 per hour for Legal Assistants.  Services that are not covered in counsel's estimated fee of **$1,500.00** include, but are not limited to the following:

**(1) adversary proceedings;**
**(2) appeals;**
**(3) defense of motions for relief from automatic stay;**
**(4) defense of claims of non-dischargeability;**
**(5) any other Court appearance not set forth above;**
**(6) amendments to any schedules;**
**(7) any post-discharge or post-dismissal services; and**
**(8) student loans.**

Debtor has agreed to pay counsel **$494.00** prior to filing which includes the filing fee of $194.00.  In the event that the Debtor does not file this case or the case is dismissed, the total sum of **$494.00** shall be non-refundable. The balance of **$1,200.00** is to be paid out in the plan.

In the event that this case is not filed for any reason or the case is dismissed, Debtor agrees to compensate Attorney for any time spent on Debtor's case at the hourly rates set fourth above, and all copying, postage and other costs incurred. Debtor further agrees that Attorney may deduct said fees and costs from any funds paid to Attorney, including funds provided for court costs.

Date: _7/30/04_

_____
Attorneys for Debtor

**I, Michael & Emily Ross,** have read and understood and agreed to the terms and conditions set forth in the foregoing document which outline the services required of Deborah Brooks & Associates, P.C.

Date: _7-26-04_          Debtor: _Emily R. Ross_

Date: _7-26-04_          Debtor: _____

**DEBORAH BROOKS & ASSOCIATES, P.C.**
**Deborah L. Brooks  OBA #015684**
**5500 N. Western, Suite #153**
**Oklahoma City, OK 73118**
**(405) 840-6363**
Attorney for the Petitioner

KSW
m:\wpdoc\r\rossm.cff

# United States Bankruptcy Court
## Western District of Oklahoma

In re    **MICHAEL STEVEN ROSS,**
**EMILY RACHEL ROSS**

Case No. _____

                                  Debtors

Chapter _____ **13** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | 20,000.00 | | |
| B - Personal Property | Yes | 3 | 18,762.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 24,082.24 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 7 | | 7,326.59 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 2,619.90 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 2,044.00 |
| Total Number of Sheets of ALL Schedules | | 19 | | | |
| | | Total Assets | 38,762.00 | | |
| | | Total Liabilities | | 31,408.83 | |

In re  **MICHAEL STEVEN ROSS,**                                    Case No. _____
       **EMILY RACHEL ROSS**

                                                    Debtors
# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **HOME LOCATED AT ROUTE 2, BOX 119, HINTON OK DESCRIBED AS: LOTS #2002 AND 2004 CEDAR LAKE, A SUBDIVISION OF SECTION 18, TOWNSHIP 11 NORTH RANGE 9 WEST OF INDIAN MERIDIAN ACCORDING TO THE RECORDED PLAT THEREOF WITH THE RESTRICTION THEREIN SET FORTH CANADIAN COUNTY STATE OF OKLAHOMA** | **HOMESTEAD** | **H** | 20,000.00 | 12,450.60 |

|  |  |  |
|---|---|---|
| Sub-Total > | **20,000.00** | (Total of this page) |
| Total > | **20,000.00** |  |

**0**____ continuation sheets attached to the Schedule of Real Property                    (Report also on Summary of Schedules)

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **MICHAEL STEVEN ROSS,**                      Case No. _____
          **EMILY RACHEL ROSS**

Debtors

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | CHECKING ACCT W/ CITY NATIONAL BANK | J | 0.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | HOUSEHOLD GOODS INCLUDING BUT NOT LIMITED TO: LOVESEAT, BED, ENT CENTER, TV, VCR, PATIO TABLE AND CHAIRS, WASHER, DRYER, MICROWAVE, REFRIGERATOR | J | 900.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | MISC CLOTHES | J | 100.00 |
| 7. | Furs and jewelry. | | WEDDING RING | J | 300.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | | PLAYSTATION AND GAMES | J | 100.00 |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 1,400.00 |
| (Total of this page) | |

  **2**   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                     Best Case Bankruptcy

In re   **MICHAEL STEVEN ROSS,**                              Case No. _____
      **EMILY RACHEL ROSS**

                                             Debtors

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | | **PLUMBERS AND PIPEFITTERS PENSION** | H | **10,000.00** |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

                                                  Sub-Total >    **10,000.00**
                                         (Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

In re   **MICHAEL STEVEN ROSS,**
       **EMILY RACHEL ROSS**

Case No. _____

Debtors

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | 2 LAWSUITS REGARDING 2 SEPERATE VEHICLE ACCIDENTS.  CURRENTLY PENDING W/ INSURANCE COMPANY | H | Unknown |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | | APPRENTISHIP PLUMBING LICENSE | H | 0.00 |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | DIRT BIKE XLX300 | H | 1,300.00 |
| | | 1995 CHEVY C2500 VIN#1GCGK24K9SE218380 | J | 6,062.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | | 2 MUTT DOGS, 1 CAT | J | 0.00 |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | X | | | |

| | |
|---|---|
| Sub-Total > (Total of this page) | 7,362.00 |
| Total > | 18,762.00 |

(Report also on Summary of Schedules)

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **MICHAEL STEVEN ROSS,**        Case No. _____
         **EMILY RACHEL ROSS**

Debtors

<h2 align="center">SCHEDULE C. PROPERTY CLAIMED AS EXEMPT</h2>

Debtor elects the exemptions to which debtor is entitled under:

*[Check one box]*
☐ 11 U.S.C. §522(b)(1):   Exemptions provided in 11 U.S.C. §522(d). Note: These exemptions are available only in certain states.
■ 11 U.S.C. §522(b)(2):   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property**<br>HOME LOCATED AT ROUTE 2, BOX 119, HINTON OK DESCRIBED AS: LOTS #2002 AND 2004 CEDAR LAKE, A SUBDIVISION OF SECTION 18, TOWNSHIP 11 NORTH RANGE 9 WEST OF INDIAN MERIDIAN ACCORDING TO THE RECORDED PLAT THEREOF WITH THE RESTRICTION THEREIN SET FORTH CANADIAN COUNTY STATE OF OKLAHOMA | Okla. Stat. tit. 31, §§ 1(A)(1),(2); Okla. Stat. tit. 31, § 2 | 20,000.00 | 20,000.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit**<br>CHECKING ACCT W/ CITY NATIONAL BANK | Okla. Stat. tit. 12, § 1171.1; Okla. Stat. tit. 31, § 1(A)(18) | 0.00 | 0.00 |
| **Household Goods and Furnishings**<br>HOUSEHOLD GOODS INCLUDING BUT NOT LIMITED TO: LOVESEAT, BED, ENT CENTER, TV, VCR, PATIO TABLE AND CHAIRS, WASHER, DRYER, MICROWAVE, REFRIGERATOR | Okla. Stat. tit. 31, § 1(A)(3) | 900.00 | 900.00 |
| **Wearing Apparel**<br>MISC CLOTHES | Okla. Stat. tit. 31, § 1(A)(8) | 100.00 | 100.00 |
| **Furs and Jewelry**<br>WEDDING RING | Okla. Stat. tit. 31, § 1(A)(8) | 300.00 | 300.00 |
| **Annuities**<br>PLUMBERS AND PIPEFITTERS PENSION | Okla. Stat. tit. 31, § 1(A)(20) | 10,000.00 | 10,000.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles**<br>1995 CHEVY C2500 VIN#1GCGK24K9SE218380 | Okla. Stat. tit. 31, § 1(A)(13) ANY EQUITY EXISTS OR ACCRUES, IT IS CLAIMED EXEMPT UP TO $3,000.00 | 0.00 | 6,062.00 |

__0__   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                         Best Case Bankruptcy

Form B6D
(12/03)

In re    **MICHAEL STEVEN ROSS,**
        **EMILY RACHEL ROSS,**

Case No. _____

Debtors

## SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. xxx2754 | | | | | 5/26/04 | | | | | |
| **CENTRAL NATIONAL BANK** PO BOX 3448 ENID, OK 73702 | | H | | | PMSI 1995 CHEVY C2500 VIN#1GCGK24K9SE218380 | | | | | |
| | | | | | Value $            6,062.00 | | | | 6,940.00 | 878.00 |
| Account No. | | | | | CONTRACT FOR DEED HOME LOCATED AT ROUTE 2, BOX 119, HINTON OK DESCRIBED AS: | | | | | |
| **DIXIE E MITCHELL** C/O SOONER STATE BANK PO BOX 250 TUTTLE, OK 73089 | | J | | | LOTS #2002 AND 2004 CEDAR LAKE, A SUBDIVISION OF SECTION 18, TOWNSHIP 11 NORTH RANGE 9 WEST OF INDIAN MERIDIAN ACCORDING TO THE RECORDED PLAT THEREOF WITH | | | | | |
| | | | | | Value $          20,000.00 | | | | 12,450.60 | 0.00 |
| Account No. xxxx105L5 | | | | | PMSI | | | | | |
| **TFCU** ADJUSTMENT DEPT PO BOX 45750 TINKER AFB, OK 73145 | | H | | | DIRT BIKE XLX300/CROSS COLLATERAL LOAN | | | | | |
| | | | | | Value $            1,300.00 | | | | 1,052.48 | 0.00 |
| Account No. xxxx105L4 | | | | | CROSS COLLATERIZED LOAN | | | | | |
| **TFCU** ADJUSTMENT DEPT PO BOX 45750 TINKER AFB, OK 73145 | | J | | | | | | | | |
| | | | | | Value $              247.52 | | | | 3,639.16 | 3,391.64 |

**0**    continuation sheets attached

| | Subtotal (Total of this page) | 24,082.24 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 24,082.24 |

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6E
(04/04)

In re    **MICHAEL STEVEN ROSS,**
      **EMILY RACHEL ROSS**
                                 Debtors

Case No. _____

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee and the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

■ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**1**_____ continuation sheets attached

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037           Best Case Bankruptcy

Form B6E - Cont.
(04/04)

In re **MICHAEL STEVEN ROSS,**
**EMILY RACHEL ROSS,**

Case No. _____

Debtors

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| **Account No.** | | | | | NOTICE ONLY | | | | | |
| **IRS**<br>**55 N ROBINSON 5024**<br>**OKLAHOMA CITY, OK 73102** | J | | | | | X | | | | |
| | | | | | | | | | 0.00 | 0.00 |
| **Account No.** | | | | | NOTICE ONLY | | | | | |
| **OTC**<br>**BANKRUPTCY SECTION**<br>**PO BOX 53248**<br>**OKLAHOMA CITY, OK 73152** | J | | | | | X | | | | |
| | | | | | | | | | 0.00 | 0.00 |
| **Account No.** | | | | | | | | | | |
| | | | | | | | | | | |
| **Account No.** | | | | | | | | | | |
| | | | | | | | | | | |
| **Account No.** | | | | | | | | | | |
| | | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| Subtotal (Total of this page) | 0.00 |
|---|---|
| Total (Report on Summary of Schedules) | 0.00 |

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F
(12/03)

In re    **MICHAEL STEVEN ROSS,**
       **EMILY RACHEL ROSS,**
                         Debtors

Case No. _____

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**ACCESS LOANS**<br>**8007 NW 23RD**<br>**BETHANY, OK 73008** | | H | SIGNATURE LOAN | | | | 210.60 |
| Account No. Axx2427<br><br>**AFFILIATED ANES INC**<br>**4200 W MEMORIAL**<br>**#703**<br>**OKLAHOMA CITY, OK 73120** | | H | MEDICAL SERVICES | | | | 51.70 |
| Account No. xxxxxx4463<br><br>**AMERICAN MEDICAL COLLECTION AGENCY**<br>**2269 S SAWMILL RIVER RD**<br>**BLDG 3**<br>**ELMSFORD, NY 10523** | | H | MEDICAL SERVICES | | | | 289.46 |
| Account No.<br><br>**ARLIE BOYLAN**<br>**C/O DOBBS & MIDDLETON**<br>**100 N BROADWAY**<br>**SUITE 2500**<br>**OKLAHOMA CITY, OK 73102** | | J | AUTO ACCIDENT | X | | | 0.00 |

  **6**   continuation sheets attached

Subtotal
(Total of this page)       551.76

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          S/N:27662-040331   Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **MICHAEL STEVEN ROSS,**
          **EMILY RACHEL ROSS**

Case No. _____

_____
                                    Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxx0766 | | | **MEDICAL SERVICES** | | | | |
| **BERLIN WHEELER 711 WEST MCCARTY JEFFERSON CITY, MO 65101** | | H | | | | | 51.24 |
| Account No. xxxx1463 | | | 4/23/04 **SIGNATURE LOAN** | | | | |
| **CHECK N GO 1402 COUNTRY CLUB RD EL RENO, OK 73076** | | W | | | | | 316.25 |
| Account No. xxx2368 | | | **OVERDRAFT** | | | | |
| **CITY NATIONAL BANK PO BOX 2009 LAWTON, OK 73562** | | J | | | | | 248.87 |
| Account No. 2694 | | | **SIGNATURE LOAN** | | | | |
| **COURTESY LOANS 211 N BICKFORD EL RENO, OK 73036** | | W | | | | | 560.00 |
| Account No. xxxxxxxxx8299 | | | **RETURNED CHECK** | | | | |
| **ECKERDS C/O TRS RECOVERY SERVICES PO BOX 60022 CITY OF INDUSTRY, CA 91716** | | W | | | | | 47.19 |

Sheet no. __1__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,223.55

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **MICHAEL STEVEN ROSS,**
        **EMILY RACHEL ROSS**

Case No. _____

_____
                    Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**FIRST AMERICAN CASH ADVANCE**<br>**1548 SW 27TH ST**<br>**EL RENO, OK 73036** | | W | 4/5/04<br>**SIGNATURE LOAN** | | | | 255.00 |
| Account No.<br><br>**FIRST AMERICAN CASH ADVANCE**<br>**1548 SW 27TH ST**<br>**EL RENO, OK 73036** | | H | 4/5/04<br>**SIGNATURE LOAN** | | | | 370.00 |
| Account No. xxxxxxxxxx8164<br><br>**IBMC ER PHYSICIANS**<br>**PO BOX 48305**<br>**JACKSONVILLE, FL 32247** | | H | **MEDICAL SERVICES** | | | | 30.10 |
| Account No. xxx3003, xxxx8002<br><br>**INTEGRIS CANADIAN**<br>**PO BOX 268871**<br>**OKLAHOMA CITY, OK 73126** | | H | **MEDICAL SERVICES** | | | | 1,241.58 |
| Account No. xxx3003<br><br>**INTEGRIS HEALTH**<br>**PO BOX 268871**<br>**OKLAHOMA CITY, OK 73126** | | H | **MEDICAL SERVICES** | | | | 19.57 |

Sheet no. __2__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 1,916.25 |
|---|

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **MICHAEL STEVEN ROSS,**
  **EMILY RACHEL ROSS**

Case No. _____

             Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. xxxx8003, xxxx8002, xxxx8001 | | W | | MEDICAL SERVICES | | | | |
| **INTEGRIS HEALTH** **PO BOX 268871** **OKLAHOMA CITY, OK 73126** | | | | | | | | 517.60 |
| Account No. xxxxxxx6065 | | W | | MEDICAL SERVICES | | | | |
| **JANA FERRELL & ASSOCIATES** **720 W WILSHIRE** **SUITE 115** **OKLAHOMA CITY, OK 73116** | | | | | | | | 33.06 |
| Account No. xxx0241 | | H | | OVERDRAFT | | | | |
| **LEGACY BANK** **101 W MAIN ST** **BOX 1038** **HINTON, OK 73047** | | | | | | | | 456.42 |
| Account No. xxx3003 | | H | | MEDICAL SERVICES | | | | |
| **LIGHTSTAR EMERGENCY PHYS** **PO BOX 268893** **OKLAHOMA CITY, OK 73126** | | | | | | | | 43.75 |
| Account No. | | J | | RETURNED CHECK | | | | |
| **LOWES** **PO BOX 2510** **TUSCALOOSA, AL 35403** | | | | | | | | 0.00 |

| Sheet no. __3__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 1,050.83 |
|---|---|---|

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(12/03)

In re    **MICHAEL STEVEN ROSS,**
**EMILY RACHEL ROSS**

Case No. _____

Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Mxxxx7532<br><br>**MERCY HEALTH**<br>**PO BOX 21648**<br>**COLUMBIA, SC 29221** | | J | MEDICAL SERVICES | | | | 554.31 |
| Account No. xxx4821<br><br>**MICHAEL D FERGUSON**<br>**508 W VANDAMENT**<br>**SUITE 100**<br>**YUKON, OK 73099** | | W | MEDICAL SERVICES | | | | 40.00 |
| Account No. xxxx5567, xxxx0130, xxxx6131<br><br>**MURPHY OIL**<br>**C/O CLAIMS ACCOUNTING**<br>**PO BOX 30272**<br>**TAMPA, FL 33630** | | H | RETURNED CHECKS | | | | 168.83 |
| Account No. xxxx8075<br><br>**PARKVIEW HOSPITAL**<br>**PO BOX 129**<br>**EL RENO, OK 73036** | | W | MEDICAL SERVICES | | | | 35.44 |
| Account No. x9356<br><br>**PARKVIEW HOSPITAL**<br>**PO BOX 129**<br>**EL RENO, OK 73036** | | H | MEDICAL SERVICES | | | | 43.48 |

Sheet no. __4__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

842.06

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont
(12/03)

In re    **MICHAEL STEVEN ROSS,**
      **EMILY RACHEL ROSS,**
                             Debtors

Case No. _____

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Cx6778<br><br>**RADIOLOGY ASSOCITES**<br>**3330 NW 56TH ST**<br>**#206**<br>**OKLAHOMA CITY, OK 73112** | | W | MEDICAL SERVICES | | | | 13.06 |
| Account No. xxxxxx3697<br><br>**RETAILERS NATIONAL BANK**<br>**PO BOX 59231**<br>**MINNEAPOLIS, MN 55459** | | H | CREDIT CARD | | | | 258.00 |
| Account No.<br><br>**SHELBY BARNETT**<br>**C/O MICHAEL E UTTER**<br>**ATTORNEY AT LAW**<br>**921 NW 13TH STREET**<br>**OKLAHOMA CITY, OK 73106** | | J | AUTO ACCIDENT | X | | | 0.00 |
| Account No. xxxxxx1004<br><br>**SURIGICAL SPECIALISTS**<br>**PO BOX 268848**<br>**OKLAHOMA CITY, OK 73126** | | H | MEDICAL SERVICES | | | | 62.28 |
| Account No. xxxxxxxxxxxxx2371<br><br>**TAB SERVICES**<br>**PO BOX 52039**<br>**TULSA, OK 74152** | | H | MEDICAL SERVICES | | | | 58.75 |

Husband, Wife, Joint, or Community

Sheet no. __5__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

392.09

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **MICHAEL STEVEN ROSS,**
       **EMILY RACHEL ROSS**

Case No. _____

Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No.<br><br>**TOWER LOANS**<br>**213 N BICKFROD CT**<br>**EL RENO, OK 73036** | | W | | | **SIGNATURE LOAN** | | | | 657.40 |
| Account No. xxxxx5196<br><br>**WALMART**<br>**PO BOX 2844**<br>**TUSCALOOSA, AL 35403** | | | | J | **RETURNED CHECK** | | | | 322.40 |
| Account No. ROSM1000<br><br>**YUKON OPEN MRI**<br>**DEPT 2059**<br>**TULSA, OK 74182** | | H | | | **MEDICAL SERVICES** | | | | 337.50 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __6__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 1,317.30 |
| | Total (Report on Summary of Schedules) | 7,293.84 |

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

In re   **MICHAEL STEVEN ROSS,**                        Case No. _____
             **EMILY RACHEL ROSS**

Debtors

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:   A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **DIXIE E MITCHELL** | **CONTRACT TO DEED HOME** |

<u> 0  </u> continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re   **MICHAEL STEVEN ROSS,**              Case No. _____
        **EMILY RACHEL ROSS**

Debtors

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

  **0**   continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

Form B6I
(12/03)

In re    **MICHAEL STEVEN ROSS,**                                    Case No. _____
          **EMILY RACHEL ROSS**

                                    Debtors
# SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP<br>**None.** | AGE |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **PLUMBER** | **ASSISTANT TEACHER** |
| Name of Employer | **MATHERLY MECHANICAL** | **THE KIDS LEARNING STATION** |
| How long employed | **5/01-PRESENT** | **5/04-PRESENT** |
| Address of Employer | **1520 OLAMA BLVD**<br>**MIDWEST CITY, OK 73110** | **720 S RANCHWOOD**<br>**YUKON, OK 73009** |

| INCOME: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ 2,645.07 | $ 933.08 |
| Estimated monthly overtime . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 0.00 | $ 0.00 |
| SUBTOTAL . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 2,645.07 | $ 933.08 |
|    LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and social security . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 730.82 | $ 161.30 |
|    b. Insurance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 0.00 | $ 0.00 |
|    c. Union dues . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 66.13 | $ 0.00 |
|    d. Other (Specify)_____ . . . . . . . . | $ 0.00 | $ 0.00 |
|     | $ 0.00 | $ 0.00 |
|    SUBTOTAL OF PAYROLL DEDUCTIONS . . . . . . . . . . . . . . . . . . . . | $ 796.95 | $ 161.30 |
| TOTAL NET MONTHLY TAKE HOME PAY . . . . . . . . . . . . . . . . . . . . . . | $ 1,848.12 | $ 771.78 |
| Regular income from operation of business or profession or farm (attach detailed statement) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 0.00 | $ 0.00 |
| Income from real property . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 0.00 | $ 0.00 |
| Interest and dividends . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 0.00 | $ 0.00 |
| Social security or other government assistance (Specify) _____ . . . . . . . . . . . . | $ 0.00 | $ 0.00 |
|     . . . . . . . . . . . . | $ 0.00 | $ 0.00 |
| Pension or retirement income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 0.00 | $ 0.00 |
| Other monthly income (Specify) _____ . . . . . . . . . . . . | $ 0.00 | $ 0.00 |
|     . . . . . . . . . . . . | $ 0.00 | $ 0.00 |
| TOTAL MONTHLY INCOME | $ 1,848.12 | $ 771.78 |
| TOTAL COMBINED MONTHLY INCOME    $ 2,619.90 | (Report also on Summary of Schedules) | |

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

**MATHERLY MECHANICAL CONTRACTORS, INC.**

074429

| HOURS | | RATE | EARNINGS | | OTHER PAY | | | | PAY PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR | OVERTIME | | REGULAR | OVERTIME | BASIS | RATE | AMOUNT | DESCRIPTION | 6-09 to |
| 40.00 | | 15.26 | 610.40 | | | | | | 6-15-04 |

CHECK NO.
No.    74429

TOTAL GROSS
610.40

| DEDUCTIONS THIS PERIOD | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| FWH | 78.95 | MED | 8.85 | SOC | 37.85 | OKSWH | 43.00 | U DUES 15.26 |

TOTAL DEDUCTIONS
183.91

| EMPLOYEE INFORMATION | | YEAR-TO-DATE TOTALS | | | |
|---|---|---|---|---|---|
| MICHAEL STEVEN ROSS | | GROSS | 8141.21 | FICA | 622.81 UW    .00 |
| -48-80-5646 | 00669 | FWH | 1013.91 | SWH | 565.00 |

NET PAY
426.49

*Avg Check Weekly Div*

RECEIVED
JUL 0 6 2004
BY:

RECEIVED
JUL 06 2004

**KID'S LEARNING STATION, INC.**
720 S. RANCHWOOD
YUKON, OK 73099
PH. 405-354-2295

F & M BANK
11000 Surrey Hills Blvd.
Yukon, OK 73099
96-207/1030

0780

PAY ★★★★ THREE HUNDRED EIGHTY FIVE & 89/100 DOLLARS

| DATE | AMOUNT |
|------|--------|
| 07/02/04 | $*******385.89 |

TO THE
ORDER
OF    EMILY R. ROSS
RT 2 BOX 119
HINTON, OK 73047

⑈000780⑈ ⑈103002099⑈ ⑈1061779⑈

---

**KID'S LEARNING STATION, INC.**

0780

Emp #: 59          Name: EMILY R. ROSS
SS#: 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

Pay Period: 06/16/04 thru 06/30/04

| Description Hr/Unit | Rate | Current | Year-To-Date | Description | Current | Year-To-Date |
|---------|------|---------|--------------|-------------|---------|--------------|
| Regular Py | | | | FICA W/H | 28.93 | 106.54 |
| 79.75 | 5.85 | 466.54 | 1,705.28 | Medl W/H | 6.76 | 24.91 |
| OT | | 0.00 | 13.13 | Fed W/H | 33.96 | 216.71 |
| | | | | State W/H | 11.00 | 34.00 |
| Total Gross | | 466.54 | 1,718.41 | Deductions | 80.65 | 382.16 |
| | | | | Net Pay | 385.89 | 1,336.25 |

2x mth
3rd & 18th

---

**KID'S LEARNING STATION, INC.**

0780

Emp #: 59          Name: EMILY R. ROSS
SS#: 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

Pay Period: 06/16/04 thru 06/30/04

| Description Hr/Unit | Rate | Current | Year-To-Date | Description | Current | Year-To-Date |
|---------|------|---------|--------------|-------------|---------|--------------|
| Regular Py | | | | FICA W/H | 28.93 | 106.54 |
| 79.75 | 5.85 | 466.54 | 1,705.28 | Medl W/H | 6.76 | 24.91 |
| OT | | 0.00 | 13.13 | Fed W/H | 33.96 | 216.71 |
| | | | | State W/H | 11.00 | 34.00 |
| Total Gross | | 466.54 | 1,718.41 | Deductions | 80.65 | 382.16 |
| | | | | Net Pay | 385.89 | 1,336.25 |

Avg Check

OK

In re    **MICHAEL STEVEN ROSS,**                                         Case No. _____
         **EMILY RACHEL ROSS,**
_____,
                              Debtors

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 208.00 |
| Are real estate taxes included?         Yes_____   No___**X**___ | | |
| Is property insurance included?         Yes_____   No___**X**___ | | |
| Utilities:  Electricity and heating fuel | $ | 200.00 |
|            Water and sewer | $ | 0.00 |
|            Telephone | $ | 56.00 |
|            Other_____**CABLE**_____ | $ | 20.00 |
| Home maintenance (repairs and upkeep) | $ | 150.00 |
| Food | $ | 400.00 |
| Clothing | $ | 50.00 |
| Laundry and dry cleaning | $ | 50.00 |
| Medical and dental expenses | $ | 100.00 |
| Transportation (not including car payments) | $ | 600.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 50.00 |
| Charitable contributions | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|            Homeowner's or renter's | $ | 50.00 |
|            Life | $ | 0.00 |
|            Health | $ | 0.00 |
|            Auto | $ | 285.00 |
|            Other | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
|            (Specify)_____ | $ | 0.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | | |
|            Auto | $ | 0.00 |
|            Other_____ | $ | 0.00 |
|            Other_____ | $ | 0.00 |
|            Other_____ | $ | 0.00 |
| Alimony, maintenance, and support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| Other_____**UNION DUES NOT W/H FROM PAY**_____ | $ | 30.00 |
| Other_____ | $ | 0.00 |
| **TOTAL MONTHLY EXPENSES** (Report also on Summary of Schedules) | $ | **2,249.00** |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---:|
| A. Total projected monthly income | $ | 2,619.90 |
| B. Total projected monthly expenses | $ | 2,249.00 |
| C. Excess income (A minus B) | $ | 370.90 |
| D. Total amount to be paid into plan each ____**Monthly**____ | $ | 0.00 |
|            (interval) | | |

# United States Bankruptcy Court
## Western District of Oklahoma

In re   **MICHAEL STEVEN ROSS**
      **EMILY RACHEL ROSS**                            Case No. _____

                                     Debtor(s)           Chapter    **13**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **20** sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date    7-28-04            Signature                           
                                                  **MICHAEL STEVEN ROSS**
                                                  Debtor

Date    7-26-04            Signature           Emily R. Ross
                                                  **EMILY RACHEL ROSS**
                                                  Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Form 7
(12/03)

# United States Bankruptcy Court
## Western District of Oklahoma

In re **MICHAEL STEVEN ROSS**
**EMILY RACHEL ROSS**

Debtor(s)

Case No. _____

Chapter **13**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|--------|---------------------------|
| $12,840.00 | 2004 HUSBAND WAGES (EST) |
| $26,156.25 | 2003 HUSBAND WAGES |
| $27,881.00 | 2002 JOINT WAGES |
| $4,840.00 | 2004 WIFE WAGES (EST) |
| $8,362.30 | 2003 WIFE WAGES |
| $0.00 | 2002 WIFE WAGES |

2

### 2. Income other than from employment or operation of business

None ☐ State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$1,571.00** | **2004 JOINT TAX REFUND FOR 2003** |
| **$584.00** | **2003 JOINT TAX REFUND FOR 2002** |
| **$78.00** | **2003 HUSBAND UNEMPLOYMENT** |
| **$2,576.00** | **2003 WIFE UNEMPLOYMENT** |

### 3. Payments to creditors

None ☐ a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **DIXIE E MITCHELL** | **MTHLY MTG PYMT OF $208.00** | **$624.00** | **$12,450.60** |
| **CENTRAL NATIONAL BANK PO BOX 3448 ENID, OK 73702** | **MTHLY CAR PYMTS OF $225.00** | **$675.00** | **$6,940.00** |

None ■ b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **TOWER LOANS V ROSS SC-2004-648** | **COLLECTIONS** | **DIST CRT OF CANADIAN CNTY** | **JUDGEMENT PENDING** |

None ■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

3

**5. Repossessions, foreclosures and returns**

None ☐ (filled) List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None ☐ (filled) a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ☐ (filled) b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None ☐ (filled) List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None ☐ (filled) List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **DEBORAH BROOKS & ASSOCIATES, P.C. 5500 N. WESTERN STE 130 OKLAHOMA CITY, OK 73118** | **7/6/04 7/26/04** | **$300.00 ATTY FEE $194.00 COURT COST** |

4

### 10. Other transfers

None ☐ List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **WHEELER CHEVROLET**<br><br>**NA** | **5/26/04** | **TRADED '99 CHEVY PU FOR $6,905.00 TRADE IN ALLOWANCE.  FUNDS USED TO PAY OFF '99 CHEVY** |

### 11. Closed financial accounts

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **LEGACY BANK**<br>**HINTON, OK** | **CHECKING $456.42** | **6/23/04** |

### 12. Safe deposit boxes

None ■ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None ■ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None ■ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

None ■ If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

5

**16. Spouses and Former Spouses**

None
■
If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■
a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■
a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

6

None ■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                         ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ■    a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                        DATES SERVICES RENDERED

None ■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                       ADDRESS                                DATES SERVICES RENDERED

None ■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                        ADDRESS

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

NAME AND ADDRESS                                       DATE ISSUED

### 20. Inventories

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

                                                     DOLLAR AMOUNT OF INVENTORY

DATE OF INVENTORY              INVENTORY SUPERVISOR            (Specify cost, market or other basis)

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

                                        NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY

DATE OF INVENTORY                                          RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                          NATURE OF INTEREST                 PERCENTAGE OF INTEREST

7

| None ■ | b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation. |

| | | NATURE AND PERCENTAGE |
| NAME AND ADDRESS | TITLE | OF STOCK OWNERSHIP |

**22 . Former partners, officers, directors and shareholders**

| None ■ | a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case. |

| NAME | ADDRESS | DATE OF WITHDRAWAL |

| None ■ | b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case. |

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |

**23 . Withdrawals from a partnership or distributions by a corporation**

| None ■ | If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case. |

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |

**24. Tax Consolidation Group.**

| None ■ | If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case. |

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER |

**25. Pension Funds.**

| None ■ | If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case. |

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER |

8

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date ___7-26-0K___          Signature _____

**MICHAEL STEVEN ROSS**
Debtor

Date ___7-26-04___          Signature _____

**EMILY RACHEL ROSS**
Joint Debtor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

# United States Bankruptcy Court
## Western District of Oklahoma

In re  **MICHAEL STEVEN ROSS**
     **EMILY RACHEL ROSS**
                                   Debtor(s)
    Case No. _____
    Chapter  **13**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: _7-28-04_____

                                              _____
                                              **MICHAEL STEVEN ROSS**
                                              Signature of Debtor

Date: _7-26-04_____

                                              _Emily R. Ross_____
                                                **EMILY RACHEL ROSS**
                                              Signature of Debtor