IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

IN RE: )
)
)
MICHAEL STEVEN ROSS ) CASE NO. 04-18288 NJL
)
EMILY RACHEL ROSS, )
)
DEBTORS. ) CHAPTER 13

**FILED SEP 02 2004**
CLERK, U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA
BY: GRANT PRICE, DEPUTY

## OBJECTION TO THE CHAPTER 13 PLAN

Central National Bank the Creditor objects to the chapter 13 plan concerning the value of the 1995 Chevrolet C2500 4WD Pickup. Michael S Ross, the Debtor is claiming a value of $6062 and the Creditor is claiming that we are fully secured for the following reasons.

1. The Debtor freely purchased the above collateral for $6940.00 on May 26, 2004.
2. The official N.A.D.A. used car values dated 9/1/2004 lists a retail value on the 1995 Chevrolet C2500 pickup as $8125.00.
3. The Debtor has failed to make a payment but is claiming a reduced value.

Since the balance owed the Creditor is less than the retail value and the fact that the Debtor recently purchased the truck. The Creditor must conclude the Debtor thought the vehicle was worth the price or the Debtor would not have bought it.

The Creditor prays that the Bankruptcy court will modify the Chapter 13 plan and show **the Creditor secured to $7130.98.**

Mark Burns
Consumer Loan Collector
580 231-1687
Central National Bank
PO Box 3448
Enid OK 73702

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

IN RE:                              )
                                    )
                                    )
MICHAEL STEVEN ROSS                 )   CASE NO. 04-18288 NJL
                                    )
EMILY RACHEL ROSS,                  )
                                    )
        DEBTORS.                    )   CHAPTER 13

## OBJECTION TO THE CHAPTER 13 PLAN

Central National Bank the Creditor objects to the chapter 13 plan concerning the value of the 1995 Chevrolet C2500 4WD Pickup. Michael S Ross, the Debtor is claiming a value of $6062 and the Creditor is claiming that we are fully secured for the following reasons.

1. The Debtor freely purchased the above collateral for $6940.00 on May 26, 2004.
2. The official N.A.D.A. used car values dated 9/1/2004 lists a retail value on the 1995 Chevrolet C2500 pickup as $8125.00.
3. The Debtor has failed to make a payment but is claiming a reduced value.

Since the balance owed the Creditor is less than the retail value and the fact that the Debtor recently purchased the truck. The Creditor must conclude the Debtor thought the vehicle was worth the price or the Debtor would not have bought it.

The Creditor prays that the Bankruptcy court will modify the Chapter 13 plan and show the Creditor secured to $7130.98.

Mark Burns
Consumer Loan Collector
580 231-1687
Central National Bank
PO Box 3448
Enid OK 73702

# N.A.D.A. Official Used Car Guide
## Vehicle Summary N.A.D.A. Values
### 9/1/2004

| | | | |
|---|---|---|---|
| Region: | Southwestern September, 2004 | Stock #: | |
| Vehicle Description: | 1995 CHEVROLET TRUCK C2500 PICKUP-V8 FLEETSIDE 8' | VIN: | 1GCGK24K9SE218380 |
| MSRP: | $15,759 | Weight: | 4,119 |
| Mileage: | 100,001 | | |

| | Retail | Trade-In | Loan |
|---|---|---|---|
| **Base Value** | $6,475 | $4,750 | $4,275 |
| **Optional Equipment** | | | |
| 4WD or AWD | $1,350 | $1,200 | $1,200 |
| Silverado Trim | $300 | $250 | $250 |
| **Option Total** | $1,650 | $1,450 | $1,450 |
| **Mileage Adjustment** | $0 | $0 | $0 |
| **Total N.A.D.A. Official Used Car Guide Values** | $8,125 | $6,200 | $5,725 |

All NADA values are reprinted with permission of
N.A.D.A. Official Used Car Guide® Company Copyright © NADASC 2000