IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE: )
)
Michael Steven Ross ) Case No. 04-18288-NLJ
Emily Rachel Ross ) Chapter 13
)
Debtors. )

### ORDER OF DISMISSAL

Pursuant to the Confirmation Order entered September 22, 2004, the Court ordered the Debtors to be fully current by September 30, 2004. The Court further ordered the case to be dismissed with no further notice to Debtors if the Debtors failed to pay a total of $740.00 by September 30, 2004. Based on representations of the Trustee, the Debtors failed to pay the required amount by the required date.

Pursuant to the Confirmation Order entered September 22, 2004, this case should be dismissed.

IT IS THEREFORE ORDERED that the Chapter 13 case is dismissed.

Dated this 5th day of October, 2004.

The Honorable Niles Jackson
United States Bankruptcy Judge

APPROVED:

Linda R. Ruschenberg, OBA #12842
Attorney for Chapter 13 Trustee
P.O. Box 1948
Oklahoma City, OK 73101-1948
(405) 236-4843

LR/rh