IN THE UNITED STATES  BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

IN RE:
MICHAEL STEVEN ROSS and EMILY RACHEL ROSS   **FILED**   CASE NO. 04-18288J
ROUTE 2 BOX 119                                           JUDGE NILES L. JACKSON
HINTON, OK                               FEB 1 0 2005
                          73047-0000
                                         GRANT PRICE
a/k/a                            CLERK, U.S. BANKRUPTCY COURT DATE: 02/08/05
       Debtor(s)                 WESTERN DISTRICT OF OKLAHOMA
SSN(1)XXX-XX-5646 SSN(2)XXX-XX-6815 BY:_____DEPUTY
-----------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT
                        AND ACCOUNT
-----------------------------------------------------------------------
     The Standing Chapter 13 Trustee for the above case, submits the following
final  report and account of  the administration  of  the  estate  pursuant  to
11 USC 1302 (b)(1).

     1. The case was filed on 07/30/04 and confirmed on 09/22/04.
The case was subsequently  DISMISSED AFTER CONFIRMATION

     2. The  amount paid to  the  Trustee  by or  on behalf of  the debtor(s) was
$    740.00 .

     3. The  Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMT | PRIN PD | INT PD | BAL |
|---|---|---|---|---|---|
| CENTRAL NATIONAL BANK | SECURED C | 6,062.00 | .00 | .00 | 6,223.65 |
| CENTRAL NATIONAL BANK | UNSECURED | 1,068.98 | .00 | .00 | 199.15 |
| FIRST AMERICAN CASH ADVANC | UNSECURED | 230.00 | .00 | .00 | 42.85 |
| FIRST AMERICAN CASH ADVANC | UNSECURED | 345.00 | .00 | .00 | 64.27 |
| RETAILERS NATIONAL BANK | UNSECURED | 320.54 | .00 | .00 | 59.72 |
| SCHEDULED CREDITOR | OUTSIDE | .00 | .00 | .00 | .00 |
| SCHEDULED CREDITOR | NOT FILED | .00 | .00 | .00 | .00 |
| SCHEDULED CREDITOR | NOT FILED | .00 | .00 | .00 | .00 |
| SCHEDULED CREDITOR | NOT FILED | .00 | .00 | .00 | .00 |
| SCHEDULED CREDITOR | NOT FILED | .00 | .00 | .00 | .00 |
| SCHEDULED CREDITOR | NOT FILED | .00 | .00 | .00 | .00 |
| SCHEDULED CREDITOR | NOT FILED | .00 | .00 | .00 | .00 |
| SCHEDULED CREDITOR | NOT FILED | .00 | .00 | .00 | .00 |
| SCHEDULED CREDITOR | NOT FILED | .00 | .00 | .00 | .00 |
| SCHEDULED CREDITOR | NOT FILED | .00 | .00 | .00 | .00 |
| SCHEDULED CREDITOR | NOT FILED | .00 | .00 | .00 | .00 |
| SCHEDULED CREDITOR | NOT FILED | .00 | .00 | .00 | .00 |
| SCHEDULED CREDITOR | NOT FILED | .00 | .00 | .00 | .00 |
| SCHEDULED CREDITOR | NOT FILED | .00 | .00 | .00 | .00 |
| SCHEDULED CREDITOR | NOT FILED | .00 | .00 | .00 | .00 |
| SCHEDULED CREDITOR | NOT FILED | .00 | .00 | .00 | .00 |
| SCHEDULED CREDITOR | NOT FILED | .00 | .00 | .00 | .00 |
| SCHEDULED CREDITOR | NOT FILED | .00 | .00 | .00 | .00 |
| SCHEDULED CREDITOR | NOT FILED | .00 | .00 | .00 | .00 |
| SCHEDULED CREDITOR | NOT FILED | .00 | .00 | .00 | .00 |

PAGE  1 - CONTINUED ON NEXT PAGE

*14*

```
CREDITOR NAME               CLASS       CLAIM AMT    PRIN PD     INT PD     BAL
SCHEDULED CREDITOR          NOT FILED        .00        .00        .00        .00
SCHEDULED CREDITOR          NOT FILED        .00        .00        .00        .00
SCHEDULED CREDITOR          NOT FILED        .00        .00        .00        .00
SCHEDULED CREDITOR          NOT FILED        .00        .00        .00        .00
SCHEDULED CREDITOR          NOT FILED        .00        .00        .00        .00
SCHEDULED CREDITOR          NOT FILED        .00        .00        .00        .00
SCHEDULED CREDITOR          NOT FILED        .00        .00        .00        .00
SCHEDULED CREDITOR          NOT FILED        .00        .00        .00        .00
SCHEDULED CREDITOR          NOT FILED        .00        .00        .00        .00
SCHEDULED CREDITOR          NOT FILED        .00        .00        .00        .00
SCHEDULED CREDITOR          NOT FILED        .00        .00        .00        .00
TINKER FEDERAL CREDIT UNIO  SECURED C   1,547.52       .00        .00   1,588.79
TINKER FEDERAL CREDIT UNIO  UNSECURED   2,936.28       .00        .00     547.03
```

4. Summary of disbursements:

```
                    SECURED    PRIORITY   UNSECURED  CONT DEBTS     TOTAL
CLAIM AMOUNT       7,609.52         .00    4,900.80        .00   12,510.32
PRINCIPAL PAID          .00         .00         .00        .00         .00
INTEREST PAID           .00         .00         .00        .00         .00
```

5. Costs of administration:
The clerk was paid $       .00  through the plan for the filing fee.
The clerk was paid $       .00  through the plan for notice fees.
The debtor's attorney was allowed $   1,200.00 and was paid $    703.74 .
The Trustee was paid $    36.26  pursuant to 11 USC 1302.
Refunds to the debtor total $      .00 .

The Standing Chapter 13 Trustee for the above-named case certifies to the court and the United States Trustee, that he has faithfully and properly fulfilled the duties of the standing trustee, and that the case has been fully administered.

CHAPTER 13 TRUSTEE

cc:MICHAEL STEVEN        ROSS

    DEBORAH BROOKS              000917
    BROOKS & ASSOCIATES PC
    5500 N WESTERN STE 130
    OKLAHOMA CITY, OK           731180000