ACCESS LOANS
8007 NW 23RD
BETHANY OK 73008


AFFILIATED ANES INC
4200 W MEMORIAL
#703
OKLAHOMA CITY OK 73120


AMERICAN MEDICAL COLLECTION AGENCY
2269 S SAWMILL RIVER RD
BLDG 3
ELMSFORD NY 10523


ARLIE BOYLAN
C/O DOBBS & MIDDLETON
100 N BROADWAY
SUITE 2500
OKLAHOMA CITY OK 73102


BERLIN WHEELER
711 WEST MCCARTY
JEFFERSON CITY MO 65101


CENTRAL NATIONAL BANK
PO BOX 3448
ENID OK 73702


CHECK N GO
1402 COUNTRY CLUB RD
EL RENO OK 73076


CITY NATIONAL BANK
PO BOX 2009
LAWTON OK 73562


COURTESY LOANS
211 N BICKFORD
EL RENO OK 73036

04-18288NLJ

DIXIE E MITCHELL
C/O SOONER STATE BANK
PO BOX 250
TUTTLE OK 73089


ECKERDS
C/O TRS RECOVERY SERVICES
PO BOX 60022
CITY OF INDUSTRY CA 91716


FIRST AMERICAN CASH ADVANCE
1548 SW 27TH ST
EL RENO OK 73036


IBMC ER PHYSICIANS
PO BOX 48305
JACKSONVILLE FL 32247


INTEGRIS CANADIAN
PO BOX 268871
OKLAHOMA CITY OK 73126


INTEGRIS HEALTH
PO BOX 268871
OKLAHOMA CITY OK 73126


IRS
55 N ROBINSON 5024
OKLAHOMA CITY OK 73102


JANA FERRELL & ASSOCIATES
720 W WILSHIRE
SUITE 115
OKLAHOMA CITY OK 73116


LEGACY BANK
101 W MAIN ST
BOX 1038
HINTON OK 73047

04-18288NLJ

LIGHTSTAR EMERGENCY PHYS
PO BOX 268893
OKLAHOMA CITY OK 73126


LOWES
PO BOX 2510
TUSCALOOSA AL 35403


MERCY HEALTH
PO BOX 21648
COLUMBIA SC 29221


MICHAEL D FERGUSON
508 W VANDAMENT
SUITE 100
YUKON OK 73099


MURPHY OIL
C/O CLAIMS ACCOUNTING
PO BOX 30272
TAMPA FL 33630


OTC
BANKRUPTCY SECTION
PO BOX 53248
OKLAHOMA CITY OK 73152


PARKVIEW HOSPITAL
PO BOX 129
EL RENO OK 73036


RADIOLOGY ASSOCITES
3330 NW 56TH ST
#206
OKLAHOMA CITY OK 73112


RETAILERS NATIONAL BANK
PO BOX 59231
MINNEAPOLIS MN 55459

SHELBY BARNETT
C/O MICHAEL E UTTER
ATTORNEY AT LAW
921 NW 13TH STREET
OKLAHOMA CITY OK 73106


SURIGICAL SPECIALISTS
PO BOX 268848
OKLAHOMA CITY OK 73126


TAB SERVICES
PO BOX 52039
TULSA OK 74152


TFCU
ADJUSTMENT DEPT
PO BOX 45750
TINKER AFB OK 73145


TOWER LOANS
213 N BICKFROD CT
EL RENO OK 73036


WALMART
PO BOX 2844
TUSCALOOSA AL 35403


YUKON OPEN MRI
DEPT 2059
TULSA OK 74182